

EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

In re Agway, Inc., et al.,

Debtors.

---

Agway Liquidating Trust,

    Plaintiff,

v.

Stanley J. Burkholder, Donald P.
Cardarelli, Keith H. Carlisle, D. Gilbert
Couser, John R. Cook, Andrew J. Gilbert,
Thomas G. Hardy, John R. Ligo,
Robert L. Marshman, Jeffrey B. Martin,
Samuel F. Minor, Peter J. O'Neill,
Matt E. Rogers, Richard H. Skellie,
Carl D. Smith, Thomas E. Smith,
Gary K. Van Slyke, Joel L. Wenger,
Edwin C. Whitehead, Dennis C. Wolff,
and William W. Young,

    Defendants.

Case No. 5:06-CV-1015 (FJS/DEP)

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and Rule 7041(1) of the Federal Rules of Bankruptcy Procedure, the above-captioned action, including all claims asserted in the Complaint and all counter-claims asserted in the Answer, is hereby dismissed with prejudice and without costs or right to appeal.

US1DOCS 6197084v3

Stipulated and Agreed this 12th day of June 2007.

| The Plaintiff, on behalf of itself, each of the Debtors and each of the Debtors' estates<br><br>Agway Liquidating Trust<br>By its Trustee, D. Clark Ogle<br><br>By its attorneys,<br><br>STAMELL & SCHAGER, LLP<br><br>_____<br>John C. Crow, Esq.<br>1 Liberty Plaza, 35th Floor<br>New York, NY 10006<br>T: (212) 566-4047<br>F: (212) 566-4051 | The Defendants<br><br>Stanley J. Burkeholder, Donald P. Cardarelli, Keith H. Carlisle, D. Gilbert Couser, John R. Cook, Andrew J. Gilbert, Thomas G. Hardy, John R. Ligo, Robert L. Marshman, Jeffrey B. Martin, Samuel F. Minor, Peter J. O'Neill, Matt E. Rogers, Richard H Skellie, Carl D. Smith, Thomas E. Smith, Gary K. Van Slyke, Joel L. Wenger, Edwin C. Whitehead, Dennis C. Wolff, and William W. Young<br><br>By their attorneys,<br><br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br><br>_____<br>Philip D. Anker, Esq.<br>399 Park Avenue<br>New York, NY 10022<br>T: (212) 230-8890<br>F: (212) 230-8888 |

SO ORDERED:

Dated: June 28, 2007
         Syracuse, New York

                                     _____
                             Senior  United States District Judge

US1DOCS 6197084v3